**DISMISS and Opinion Filed February 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01540-CV

### PARK CITIES BANK, Appellant
### V.
### SSC AT ROGERS, LLC, 307 ROGERS ROAD, LLC, AND PAUL EATON, Appellees

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-13182-D

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellant's January 17, 2014 motion to dismiss the appeal. Appellant

has informed the Court that the parties have settled their differences. Accordingly, we grant

appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

131540F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PARK CITIES BANK, Appellant

No. 05-13-01540-CV      V.

SSC AT ROGERS, LLC, 307 ROGERS
ROAD, LLC, AND PAUL EATON,
Appellees

On Appeal from the 95th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-13182-D.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, SSC AT ROGERS, LLC, 307 ROGERS ROAD, LLC, AND PAUL EATON, recover their costs of this appeal from appellant, PARK CITIES BANK.

Judgment entered February 7, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE